**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and<br>DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.:  13-1780 (SLR) |
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.:  13-1781 (SLR) |
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.:  13-1851 (SLR) |

| | |
|---|---|
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ALEMBIC PHARMACEUTICALS<br>LIMITED,,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  13-1939 (SLR) |
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ZYDUS PHARMACEUTICALS USA, INC. and<br>CADILA HEALTHCARE LIMITED<br>(d/b/a ZYDUS CADILA),<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  13-2086 (SLR) |
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>LUPIN LIMITED and<br>LUPIN PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  14-184 (SLR) |

| | |
|---|---|
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br>   Plaintiffs,<br><br>   v.<br><br>ROXANE LABORATORIES, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  14-189 (SLR)<br>)<br>)<br>)<br>)<br>) |
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br>   Plaintiffs,<br><br>   v.<br><br>UNIMARK REMEDIES LTD.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  14-1370 (SLR)<br>)<br>)<br>)<br>)<br>) |
| TEIJIN LIMITED,<br>TEIJIN PHARMA LIMITED, and<br>TAKEDA PHARMACEUTICALS U.S.A., INC.,<br>   Plaintiffs,<br><br>   v.<br><br>MACLEODS PHARMACEUTICALS LTD. and<br>MACLEODS PHARMA USA, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  15-454 (SLR)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' FIRST NOTICE OF DEPOSITION OF PLAINTIFF TAKEDA PHARMACEUTICALS U.S.A., INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Mylan Pharmaceuticals Inc. ("Mylan"), Dr. Reddy's Laboratories, Limited and Dr. Reddy's Laboratories, Inc. ("DRL"), Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Lupin"), Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. ("Macleods"), Apotex Inc. and Apotex Corp. ("Apotex"), Alembic Pharmaceuticals Limited ("Alembic"), Roxane Laboratories, Inc.("Roxane"), Unimark Remedies Ltd. ("Unimark"), and Zydus Pharmaceuticals USA, Inc. and Cadila Healthcare Limited (dba Zydus Cadila) ("Zydus") (collectively "Defendants"), by and through their undersigned counsel, will take the deposition by oral testimony of Plaintiff Takeda Pharmaceuticals U.S.A., Inc. ("Takeda") at a mutually agreed upon date and time by the parties, and continuing from day-to-day thereafter until completed.  The deposition will be conducted before an officer authorized by law to administer oaths and will be recorded by stenographic, sound, video, audiovisual, and/or any other such appropriate means.

The deposition will be taken for the purposes of discovery, for use at trial in these actions, and for any purposes permitted under the Federal Rules of Civil Procedure.  Pursuant to Fed. R. Civ. P. 30(b)(6), Takeda shall designate one or more officers, directors, managing agents, or other representative(s) who consent to testify on its behalf and to testify to matters known or reasonably available to Takeda regarding the topics listed herein.  Takeda shall identify in writing each deponent who shall be designated to testify on its behalf at least ten (10) business days in advance of the deposition, including which portion(s) of this Notice each deponent is prepared to address.

1

## DEFINITIONS AND INSTRUCTIONS

Defendants hereby incorporate by reference, as though fully set forth herein, the Definitions set forth Defendants' First Set of Requests for Production of Documents and Things (Nos. 1-118) and Defendants' First Set of Common Interrogatories (Nos. 1-10).

## DEPOSITION TOPICS

1.      All X-day diffraction experiments and analyses conducted by or for Takeda to determine the polymorphic form of febuxostat in Uloric®.

2.      All X-ray diffraction experiments and analyses conducted by or for Takeda to determine the polymorphic form of febuxostat in any febuxostat product, including febuxostat API.

3.      The conception and reduction to practice of the alleged invention claimed in the '872 patent, including, without limitation, the dates and circumstances leading to the conception and reduction to practice, the contribution of the named inventors to that conception and practice, and the contribution of anyone else materially involved in that conception or reduction to practice.

4.      All research, development, trials, and experimentation proposed or conducted by or for Takeda regarding the alleged inventions claimed in the '872 patent.

5.      The preparation, filing, and prosecution of the '872 patent, including identification of persons and other entities involved during such prosecution and the earliest claimed priority date for each asserted claim of the '872 patent.

6.      All facts relating to the experiments described in the '872 patent including but not limited to any data, results, testing, experimental conditions, equipment conditions, or protocols.

7. The preparation, filing, and prosecution, including any third-party observations submitted during the prosecution, of the European Application No. 8005933.

8. All investigations, evaluations, analyses, studies, reports, and tests conducted by or behalf of Takeda involving or concerning the Hasegawa reference.

9. The ownership of the Patents-in-Suit.

10. Any transfer, grant, conveyance, assignment, license, or other agreements relating to any interest or right to the Patents-in-Suit.

11. All agreements between and among Plaintiffs concerning the Patents-in-Suit.

12. All licenses, attempts to license, or offers to license any product embodying any claim of the Patents-in-Suit.

13. All communications, whether written or verbal, between Takeda and any third-party concerning any of the Patents-in-Suit, the infringement, validity or enforceability of those patents, or any other issue in this litigation.

14. All agreements between Takeda and the named inventors, including but not limited to those relating to litigation assistance, testimony, or patenting.

15. The experimental work described in the '872 patent, including but not limited to any data, results, experimental conditions, equipment conditions, or protocols related thereto.

16. Any research, development, trials, or experimentation proposed or conducted by or for Takeda regarding the use of febuxostat to treat gout or hyperuricemia.

17. The preparation, filing, and contents of any NDA or IND relating to febuxostat or Uloric® and any communications, amendments , or supplements related thereto.

18. All methods known to Takeda to be capable of distinguishing one form of febuxostat from other polymorphs forms of febuxostat.

19.     The factual and legal basis for Takeda's infringement allegations against each of the Defendants, including any investigation or analysis conducted by, or on behalf of Takeda, of Defendants' ANDA Products or API, including without limitation x-ray analysis, melting point analysis, FT infrared analysis, FT Raman analysis, or differential scanning calorimetry.

20.     All facts concerning or supporting any contention by Plaintiffs that the Patents-in-Suit are not invalid.

21.     The basis for and evidence of any and all secondary considerations or objective indicia of non-obviousness of the Patents-in-Suit, including commercial success, unexpected results, skepticism, praise, long-felt need, failure of others, the relevant market for Uloric®, and teaching away, and any nexus between the claims of the Patents-in-Suit and any secondary considerations relied on by Plaintiffs.

22.     All facts relating to Takeda's knowledge of the crystalline properties of febuxostat, and any febuxostat polymorphs, including the earliest date of such knowledge.

23.     All facts relating to Takeda's practice, policies, and procedures for screening and evaluation of crystalline properties, including polymorphism.

24.     Any studies, experiments, characterization, analytical testing, and/or other testing conducted by, or on behalf of Takeda, relating to febuxostat polymorphs, including without limitation Takeda's first production of febuxostat polymorphs, and the process(es) used to produce febuxostat polymorphs by or on behalf of Takeda.

25.     All facts or evidence relating to any DMF for febuxostat and all supplements, correspondence and amendments thereto, including any DMF prepared or submitted on behalf of Takeda or to which Takeda holds a right of reference.

26.     All studies, experiments, analyses, investigation, or reports concerning whether Uloric® tablets are an embodiment of or covered by any claims of the Patents-in-Suit.

27.     All data in the patent specifications concerning the purported thermodynamic stability and/or solubility of the polymorph(s) claimed or described in the '474 and '676 patents.

28.     Any advantages and benefits of a polymorphic form of febuxostat over any others, including any surprising or unexpected results obtained or achieved.

29.     Communications between Takeda and FDA regarding febuxostat and/or Uloric® including but not limited to any correspondence regarding NDA No. 21-856, Defendants' ANDAs or any citizen petition relating to febuxostat.

30.     The commercialization, promotion, marketing, and sale of Uloric® tablets including but not limited to advertising, promotion, target markets, market penetration, launch plans, business plans, marketing plans and strategies, sales and profits, and the impact of such marketing and advertising efforts.

31.     The commercialization, promotion, and marketing relating to the co-administration of Uloric® and theophylline including but not limited to advertising, promotion, target markets, market penetration, launch plans, business plans, marketing plans and strategies, sales and profits, and the impact of such marketing and advertising efforts.

32.     The resources, including amount of money, Takeda has spent advertising, marketing, and/or promoting Uloric®.

33.     The pricing policies for Uloric®, including discounts, rebates, samples, coupons, and special pricing promotions.

34.     Actual and projected unit sales, gross and net sales, profits, losses, and costs (including R&D, selling & marketing expenses, general & administrative expenses, and expenses

relating to FDA approval process)  for any product embodying the claimed subject matter of the Patents-in-Suit or sold under the trade name Uloric®.

35.    Any life cycle management strategies for Uloric®, including plans to change the formulation of Uloric® and efforts to prevent or minimize the effect of generic substitution for Uloric®.

36.    Market and financial analyses that consider entry of any generic febuxostat product, including an unbranded or other authorized generic version of Uloric®.

37.    Comparisons of Uloric® to any other drug product for the treatment of hyperuricemia and/or gout, including predecessor and competitive products including the size of the market in which products used for the treatment of hyperuricemia and/or gout are sold.

38.    Any potential alternative products for the treatment of hyperuricemia and/or gout, and the providers of those alternative products, the nature of competition between any such alterative product and Uloric®, if at all, and the factors that influence consumer demand for and/or selection of Uloric® over any such competitive product.

39.    The information disclosed in the package insert for Uloric®.

40.    All studies conducted on the co-administration of febuxostat and theophylline.

41.    Potential adverse events or advantages by the co-administration of febuxostat and theophylline.

42.    Takeda's knowledge of any actual co-administration of febuxostat and theophylline, including but not limited to, during the clinical studies on Uloric®.

43.    The preparation, filing and prosecution of the foreign counterparts of the Patents-in-Suit, including but not limited to, European Patent Application Nos. 08005933, 10185673 and 99957054.2.

44.     The percentage of patients who take Uloric® in combination with theophylline versus taking Uloric® alone and the percentage of patients who receive prescriptions for both Uloric® and theophylline versus those patients who receive prescriptions for Uloric® without a prescription for theophylline.

45.     The circumstances surrounding, reason(s) for and timing of Takeda's decision to enter into a relationship with Teijin concerning Uloric®.

Dated: November 30, 2015

OF COUNSEL:                                    MORRIS JAMES LLP

T.O. Kong
Sami Sedghani                                  ___/s/ Mary B. Matterer_____
WILSON SONSINI GOODRICH & ROSATI               Mary B. Matterer (#2696)
One Market Street                              Richard K. Herrmann (#405)
Spear Tower, Suite 3300                         500 Delaware Ave., Ste. 1500
San Francisco, CA 94105                        Wilmington, DE 19801-1494
Tel: (415) 947-2000                            Tel: (302) 888-6800
tkong@wsgr.com                                 mmatterer@morrisjames.com
ssedghani@wsgr.com                             rherrmann@morrisjames.com

David S. Steuer                                *Attorneys for Defendant*
WILSON SONSINI GOODRICH & ROSATI               *Mylan Pharmaceuticals Inc.*
650 Page Mill Road
Palo Alto, CA 94304
(650) 320-4855
dsteuer@wsgr.com

Elham Firouzi Steiner
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130
Tel: (858) 350-2300
esteiner@wsgr.com

S. Brei Gussack
WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8987
bgussack@wsgr.com

OF COUNSEL:

Alan H. Pollack
Frank D. Rodriguez
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 379-4800

SMITH, KATZENSTEIN & JENKINS LLP

_/s/ Eve H. Ormerod_
Neal C. Belgam (#721)
Eve H. Ormerod (#5369)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
(302) 504-1688
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd., and Dr.*
*Reddy's Laboratories, Inc.*

OF COUNSEL:

William R. Zimmerman
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue NW, Suite 900
Washington, D.C. 20006
(202) 640-6400

Carol Pitzel Cruz
Christie Matthaei
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Ave., Suite 2500
Seattle, WA 98104
(206) 405-2000

Benjamin Anger
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA 92104
(858) 707-4000

LANDIS RATH & COBB LLP

_/s/ James S. Green Jr._
Daniel B. Rath (# 3022)
Rebecca L. Butcher (# 3816)
James S. Green Jr. (# 4406)
919 Market Street
Suite 1800
Wilmington, DE 19801
(302) 467-4400
rath@lrclaw.com
butcher@lrclaw.com
green@lrclaw.com

*Attorneys for Defendants Lupin Limited and*
*Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

Shashank Upadhye
Joseph E. Cwik
AMIN TALATI & UPADHYE LLC
55 West Monroe Street Suite 3400
Chicago, IL 60603
Tel: (312) 327-3326
febuxostat@amintalati.com

STAMOULIS & WEINBLATT LLC


    /s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel: (302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Defendants Macleods
Pharmaceuticals Ltd. and Macleods Pharma
USA, Inc.*


OF COUNSEL:

Stephen R. Auten
Richard T. Ruzich
Ian Scott
TAFT STETTINIUS & HOLLISER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601-3713
(312) 527-4000

YOUNG CONAWAY STARGATT & TAYLOR, LLP


    /s/ Pilar G. Kraman
Adam W. Poff (# 3990)
Pilar G. Kraman (# 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendants Apotex Inc. and
Apotex Corp.*


OF COUNSEL:

Steven J. Moore
James M. Moriaty
WITHERS BERGMAN LLP
157 Church Street
New Haven, CT  06502
(203) 789-1320

Vincent P. Rao II
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, NJ 07054
(973) 503-5924

CONNOLLY GALLAGHER LLP


    /s/ Arthur G. Connolly
Arthur G. Connolly (#2667)
The Brandywine Building
1000 West Street
Suite 1400
Wilmington, DE 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorneys for Defendants, Zydus
Pharmaceuticals USA, Inc. and Cadila
Healthcare Limited (d/b/a/ Zydus Cadila)*

9

RICHARDS, LAYTON &FINGER, P.A.

OF COUNSEL:

  */s/ Kelly E. Farnan*_____

Bradley Graveline
Manish K. Mehta
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
70 West Madison Street
48th Floor
Chicago, IL 60602

Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com
*Attorneys for Defendant, Alembic*
*Pharmaceuticals Limited*


OF COUNSEL:

POTTER ANDERSON &CORROON LLP

  */s/ David E. Moore*_____

Jeffrey S. Ward
MERCHANT &GOULD P.C.
10 E. Doty Street, Suite 600
Madison, WI 53703
(608) 280-6750

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Unimark Remedies*
*Ltd.*


OF COUNSEL:

MURPHY &LANDON

  */s/ Francis J. Murphy*_____

Alan Clement
LOCKE LORD LLP
Three World Financial Center
New York, NY 10281-2101
(212) 947-4700

Francis J. Murphy (#223)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
fmurphy@msllaw.com

Myoka Kim Goodin
James Peterka
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0271

*Attorneys for Defendant Roxane Laboratories,*
*Inc.*